Below is the Order of the Court.

Marc Barreca
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>John T Allen,<br><br>Debtor(s). | Case No. 14-16598<br><br>Chapter: 13<br><br>AGREED ORDER ON OBJECTION TO PROOF OF CLAIM # 13 |

THIS MATTER came on before this Court pursuant to the Debtor's Objection to Proof of Claim # 13 filed by Patti Lyn Hutton through her attorney Andrew L Benjamin of the Benjamin Law Group, PLLC ("the Objection to Claim# 13). A response was filed to the objection by Patti Lyn Hutton agreeing that the claim should be amended to delete a claimed priority as a domestic support obligation, and allowed as a general unsecured claim. As evidenced by the signatures below, the Debtor and Creditor Patti Lyn Hutton agree to entry of this order.

Therefore it is ORDERED that:

1. The Proof of Claim #13 filed by Patii Lyn Hutton is disallowed as an priority domestic support claim, but allowed as **a general unsecured claim** in the amount of $74,033.44.

// END OF ORDER //

ORDER ON OBJECTION TO CLAIM # 13 - 1

Henry, DeGraaff & McCormick, P.S.
1833 N 105th, Ste 200
Seattle, Washington 98334
telephone (206) 330-0595
fax (206) 400-7609

Case 14-16598-CMA    Doc 53    Filed 01/22/15    Ent. 01/22/15 16:24:41    Pg. 1 of 2

Presented by:

HENRY, DEGRAAFF & MCCORMICK, P.S

*/s/ Christina L. Henry*
Christina L. Henry, WSBA #31273,
Attorney for Debtor


Agreed as to form and content

BENJAMIN LAW GROUP, PLLC

Andrew L. Benjamin, WSBA# 15223
Attorney for Pati lyn Hutton.

ORDER ON OBJECTION TO CLAIM # 13 - 2

HENRY, DEGRAAFF & MCCORMICK, P.S.
1833 N 105TH, STE 200
SEATTLE, WASHINGTON 98334
telephone (206) 330-0595
fax (206) 400-7609

Case 14-16598-CMA    Doc 53    Filed 01/22/15    Ent. 01/22/15 16:24:41    Pg. 2 of 2